Tracy A. Miller, SBN 015920
Alexandra J. Gill, SBN 027506
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Tracy.Miller@ogletreedeakins.com
Alexandra.Gill@ogletreedeakins.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas P. Geiss,<br><br>             Plaintiff,<br><br>vs.<br><br>Sara Lee Fresh, Inc.,<br>A Delaware Corporation<br>A Maryland Corporation and Does 1-100, Inclusive,<br><br>             Defendant. | No. CV12-0797-PHX-JAT<br><br>**DEFENDANT'S NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 40.2(d) and the Court's Rule 16 Scheduling Order, Defendant Sara Lee Fresh, Inc. hereby notifies the Court that the parties have settled this case. The parties are working to document the settlement and will file an appropriate stipulation for dismissal when the settlement has been finalized.

//

//

//

//

//

1 | DATED this 13th day of March, 2014.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By:s/Alexandra J. Gill
   Tracy A. Miller
   Alexandra J. Gill
   2415 East Camelback Road, Suite 800
   Phoenix, Arizona 85016
   Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Gavin A. Curtis
P.O. Box 2131
Litchfield Park, AZ 85340
gcurtislaw@gmail.com

Attorney for Plaintiff


s/Debra A. Irwin

17331604.1

3