# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas P. Geiss, | CV 12-797-PHX-JAT |
| Plaintiff(s), | |
| v. | **ORDER** |
| Sara Lee Fresh, Inc., | |
| Defendant(s). | |

The Court having received notice that this case has settled (Doc. 101),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on April 14, 2014, with prejudice, and shall enter judgment accordingly, unless prior thereto a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that Gillespie Shields & Durrant's motion for extension of time to file a motion for reconsideration (Doc. 69) is granted as follows: within 14 days of this case being closed, Gillespie Shields & Durrant may file its motion for reconsideration solely on the issue of whether the firm or the client should be responsible for the $6,913.35 sanction previously awarded to Defendant by this Court. Gillespie Shields & Durrant shall serve a copy of the to-be-filed motion on Gavin Curtis, who shall immediately forward it to his client: Mr. Geiss. Mr. Geiss (either pro se or through counsel) is granted leave to respond to the motion for reconsideration within 14 days of when it is filed. Gillespie Shields & Durrant may file a reply within 7 days of when any response is filed.

///

///

1  **IT IS FINALLY ORDERED** that Mr. Curtis shall send a copy of this Order to Mr. Geiss.

DATED this 17th day of March, 2014.

James A. Teilborg
Senior United States District Judge