# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas P. Geiss, | **JUDGMENT OF DISMISSAL** |
| | **IN A CIVIL CASE** |
| Plaintiff, | |
| | CV-12-797-PHX-JAT |
| v. | |
| Sara Lee Fresh Inc., | |
| Defendant(s). | |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 17, 2014, judgment of dismissal is entered and this action is dismissed with prejudice.

April 15, 2014

BRIAN D. KARTH
District Court Executive/Clerk

s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)