**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas P. Geiss, | No. CV-12-00797-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Sara Lee Fresh Incorporated, et al., | |
| Defendants. | |

Pending before the Court are Gillespie Shields & Durrant's ("GSD") Motion for Reconsideration of Order for Sanctions (Doc. 103) and Motion to File Exhibits A-E to Gillespie Shields & Durrant's Motion for Reconsideration of Order for Sanctions Under Seal (Doc. 104).

GSD's motion seeks relief from the Court's earlier order awarding sanctions in the form of attorneys' fees against GSD. *See* (Doc. 63) (awarding $6,913.35). The parties have settled the case. (Doc. 101). Plaintiff has notified the Court that the award of attorneys' fees has been forgiven pursuant to the settlement.

Accordingly,

/
/
/
/
/
/

1    **IT IS ORDERED** denying as moot Gillespie Shields & Durrant's Motion for
2  Reconsideration of Order for Sanctions (Doc. 103).
3    **IT IS FURTHER ORDERED** denying as moot Motion to File Exhibits A-E to
4  Gillespie Shields & Durrant's Motion for Reconsideration of Order for Sanctions Under
5  Seal (Doc. 104).
6    Dated this 10th day of September, 2014.

James A. Teilborg
Senior United States District Judge